| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>BENJAMIN NACHIMSON<br>(State Bar No. 166690)<br>ben.nachimson@wgfllp.com<br>WOOLF GAFNI & FOWLER LLP<br>10850 Wilshire Boulevard, Suite 510<br>Los Angeles, CA 90024<br>Telephone: (310) 474-8776<br>Facsimile: (310) 919-3037<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* David M. Goodrich, Chapter 7 Trustee | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Great Khan, Inc.<br><br><br><br><br>Debtor(s) | CASE NO.: 2:13-bk-36467-BR<br>CHAPTER: 7<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE: MOTION FOR ENTRY OF AN ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO ENTER INTO FRANCHISE AGREEMENTS IN THE ORDINARY COURSE OF BUSINESS.** |
|---|---|

PLEASE TAKE NOTE that the order titled <u>ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO ENTER INTO FRANCHISE AGREEMENTS IN THE ORDINARY COURSE OF BUSINESS</u> was lodged on *(date)* <u>October 8, 2014</u> and is attached. This order relates to the motion which is docket number <u>63</u>.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 1                    F 9021-1.2.BK.NOTICE.LODGMENT

# EXHIBIT 1

BENJAMIN NACHIMSON (State Bar No. 166690)
ben.nachimson@wgfllp.com
WOOLF GAFNI & FOWLER LLP
10850 Wilshire Boulevard, Suite 510
Los Angeles, California 90024
Telephone: (310) 474-8776
Facsimile: (310) 919-3037

Attorneys for David M. Goodrich
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Great Khan, Inc.<br><br>                         Debtor. | Case No.: 2:13-bk-36467-BR<br><br>Chapter 7<br><br>**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO ENTER INTO FRANCHISE AGREEMENTS IN THE ORDINARY COURSE OF BUSINESS**<br><br>Date:   October 8, 2014<br>Time:  10:00 a.m.<br>Place:  Courtroom 1668<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

     A hearing on the Motion by David M. Goodrich, Chapter 7 Trustee for an Order Authorizing Chapter 7 Trustee to Enter into Franchise Agreements in the Ordinary Course of Business (the "Motion"), came on hearing on October 8, 2014, at the 10:00 a.m. calendar before the Honorable Barry Russell, United States Bankruptcy Judge. Benjamin Nachimson appeared on behalf of the Trustee. There were no other appearances. The Court, having considered the Motion, declarations, and exhibits filed therewith, and good cause appearing

///

///

///

1

**IT IS HEREBY ORDERED THAT:**

    1.    The Motion is granted; and

    2.    The Trustee is Authorized to Enter into the Franchise Agreements described in Exhibit "A" of the Motion; and

    3.    The Trustee is authorized and directed to take any and all steps necessary to effectuate the Franchise Agreements.

###

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

WOOLF GAFNI & FOWLER LLP, 10850 Wilshire Boulevard, Suite 510, Los Angeles, California 90024

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On October 8, 2014, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Thor D Mclaughlin: tmclaughlin@allenmatkins.com (Attorneys for GGP Northridge Fashion Center, LP)
Tamara M Rider: trider@michellawyers.com (Attorneys for Petitioning Creditors M.K. 2000, LLC and Kathleen Tan)
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On October 8, 2014, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| The Honorable Barry Russell<br>United States Bankruptcy Court<br>Central District of California<br>Edward R. Roybal Federal Building and Courthouse<br>255 E. Temple Street, Suite 1660 / Courtroom 1668<br>Los Angeles, CA 90012 | |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/08/2014 | Benjamin Nachimson | /s/ Benjamin Nachimson |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                        F 9021-1.2.BK.NOTICE.LODGMENT