BENJAMIN NACHIMSON (State Bar No. 166690)
ben.nachimson@wgfllp.com
WOOLF GAFNI & FOWLER LLP
10850 Wilshire Boulevard, Suite 510
Los Angeles, California 90024
Telephone: (310) 474-8776
Facsimile: (310) 919-3037

Attorneys for David M. Goodrich
Chapter 7 Trustee

FILED & ENTERED

OCT 23 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Great Khan, Inc.<br><br>Debtor. | Case No.: 2:13-bk-36467-BR<br><br>Chapter 7<br><br>**ORDER AUTHORIZING CHAPTER 7 TRUSTEE TO ENTER INTO FRANCHISE AGREEMENTS IN THE ORDINARY COURSE OF BUSINESS**<br><br>Date:    October 7, 2014<br>Time:   10:00 a.m.<br>Place:   Courtroom 1668<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

A hearing on the Motion by David M. Goodrich, Chapter 7 Trustee for an Order Authorizing Chapter 7 Trustee to Enter into Franchise Agreements in the Ordinary Course of Business (the "Motion"), came on hearing on October 7, 2014, at the 10:00 a.m. calendar before the Honorable Barry Russell, United States Bankruptcy Judge.  Benjamin Nachimson appeared on behalf of the Trustee.  There were no other appearances.  The Court, having considered the Motion, declarations, and exhibits filed therewith, and good cause appearing

///

///

///

1

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted; and

2. The Trustee is Authorized to Enter into the Franchise Agreements described in Exhibit "A" of the Motion; and

3. The Trustee is authorized and directed to take any and all steps necessary to effectuate the Franchise Agreements.

###

Date: October 23, 2014

Barry Russell
United States Bankruptcy Judge